IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Daniels, Tammy | Case Number:  05 B 14605 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/10/08 | Filed:  4/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  January 10, 2008
Confirmed:  June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,616.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,572.66 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 228.54 |
| Other Funds: |  | 14.80 |
| Totals: | 4,616.00 | 4,616.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---:|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 1,800.00 | 1,800.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 2,186.94 | 1,288.45 |
| 3. | American Express Travel Relate | Unsecured | 118.96 | 70.09 |
| 4. | Commonwealth Edison | Unsecured | 250.16 | 147.42 |
| 5. | Kmart Corp | Unsecured | 414.99 | 244.50 |
| 6. | Progressive Management Systems | Unsecured | 49.80 | 15.34 |
| 7. | T Mobile USA | Unsecured | 279.68 | 164.81 |
| 8. | Household Tax Masters | Unsecured | 590.86 | 348.10 |
| 9. | Peoples Energy Corp | Unsecured | 251.60 | 73.42 |
| 10. | RMI/MCSI | Unsecured | 97.88 | 57.67 |
| 11. | Jefferson Capital | Unsecured | 158.71 | 93.49 |
| 12. | Plains Commerce Bank | Unsecured | 117.76 | 69.37 |
| 13. | Asset Acceptance | Unsecured | 138.34 | 0.00 |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Citizens Bank | Unsecured |  | No Claim Filed |
| 17. | Newport News | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Direct Tv | Unsecured |  | No Claim Filed |
| 20. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 21. | Cottonwood Financial Ltd | Unsecured |  | No Claim Filed |
| 22. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 23. | Banfield, The Pet Hospital | Unsecured |  | No Claim Filed |
| 24. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 25. | Loyola University Chicago | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Daniels, Tammy

Printed:  6/10/08

Case Number:  05 B 14605
Judge:  Hollis, Pamela S
Filed:  4/15/05

| | | | |
|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | No Claim Filed |
| 27. | State Farm Insurance Co | Unsecured | No Claim Filed |
| 28. | Providian Processing | Unsecured | No Claim Filed |
| 29. | The Arg Lic | Unsecured | No Claim Filed |
| 30. | U S Cellular | Unsecured | No Claim Filed |
| 31. | TCF Bank | Unsecured | No Claim Filed |

$ 6,455.68     $ 4,372.66

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 20.70 |
| 5.5% | 86.02 |
| 5% | 14.77 |
| 4.8% | 30.25 |
| 5.4% | 76.80 |

$ 228.54

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

